SEALED 

FILED
JUN 27 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCHES OF: | CASE NO. 1: 17 SW - 00 209 SAB |
|---|---|
| The Cellular Telephone Assigned Call Number (408) 334-8124, Carrier: Cellco Partnership, DBA Verizon Wireless, CA | (PROPOSED) ORDER SEALING SEARCH WARRANT AND APPLICATION AND AFFIDAVIT |

The United States of America having applied to this Court for an Order sealing the search warrant and application and affidavit in the above-entitled proceedings, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrant and application and affidavit in the above-entitled proceeding, shall be sealed and shall not be disclosed pending further order of this court.

DATED: 6/23/2017

_____
STANLEY A. BOONE
U.S. Magistrate Judge